

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-17-00509-CR

**EX PARTE** Noah **ESPADA**

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2004CR3638
Honorable Ron Rangel, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the trial court's order denying Noah Espada's application for writ of habeas corpus is AFFIRMED.

SIGNED July 18, 2018.

_____
Patricia O. Alvarez, Justice